```
1  Edward Gartenberg (State Bar No. 102693)
2  Milena Dolukhanyan (State Bar No. 303157)
   GARTENBERG GELFAND HAYTON LLP
3  15303 Ventura Blvd., Suite 900
4  Sherman Oaks, California 91403
   Telephone: (213) 542-2100
5  Facsimile: (213) 542-2101
6  Email:      egartenberg@gghslaw.com
               mdolukhanyan@gghslaw.com
7
8  Howard Schiffman (admitted pro hac vice)
   Jeffrey F. Robertson (admitted pro hac vice)
9  SCHULTE ROTH & ZABEL LLP
10 919 Third Avenue
   New York, NY 10022
11 Telephone: (212) 756-2000
12 Facsimile: (212) 593-5955
   Email:      howard.schiffman@srz.com
13             jeffrey.robertson@srz.com
14
   Attorneys for Defendants Eric J. Dalius,
15 Professional Realty Enterprises, Inc.,
16 Saivian LLC, Savings Network App LLC,
   and Realty Share Network LLC
17
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:18-cv-08497-FWS-E |
| Plaintiff, | **Hon. Fred W. Slaughter** |
| v. | **JOINT STIPULATION** |
| ERIC J. "EJ" DALIUS, an individual, PROFESSIONAL REALTY ENTERPRISES, INC., a Corporation, SAIVIAN LLC, a Limited Liability Company, SAVINGS NETWORK APP LLC, a Limited Liability Company, | **Concurrently filed with [Proposed] Order**<br><br>Complaint Filed: October 3, 2018 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SAVING NETWORK APP LIMITED, a Limited Company, SAIVIAN INTERNATIONAL LIMITED, a Limited Company, SAIVIAN INT LIMITED, a Private Company, REALTY SHARE NETWORK LLC, a Limited Liability Company, and RYAN MORGAN EVANS,<br><br>                    Defendants. |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Eric J. Dalius, Professional Realty Enterprises, Inc., Saivian LLC, Savings Network App LLC, Realty Share Network LLC, and Ryan Morgan Evans (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on July 5, 2022, the Court issued a minute order [Dkt. No. 138], that granted in part the Parties' Joint Motion to Modify Scheduling Order [Dkt. No. 135], modifying the deadlines for motions and remaining deadlines to permit an additional mediation before Magistrate Judge Charles F. Eick that was scheduled for August 5, 2022;[1]

WHEREAS, on August 5, 2022, the Parties participated in a telephonic settlement conference held before Magistrate Judge Eick (the "Mediation"), during which a settlement in principle was reached between the SEC and the Defendants other than Defendant Ryan Morgan Evans (the "Settling Defendants");

WHEREAS, on August 8, 2022, Magistrate Judge Eick entered civil minutes, dated August 5, 2022 [Dkt. No. 139], reporting that after "[c]ounsel, the parties and the Court conferred" during the Mediation, "[a] settlement in principle was reached between the Plaintiff and the Defendants other than Defendant Evans";

---

[1] The Court further ordered that "the parties shall submit a joint report notifying the court of the status of their settlement efforts within **7 days** of the settlement conference." The Parties intend for this Joint Stipulation to serve as the Parties' joint report to the Court.

WHEREAS the full Commission must approve the settlement in principle between the SEC and the Settling Defendants, a process that could take several weeks;

WHEREAS, the current scheduling order [Dkt. No. 138] calls for motions for summary judgment to be filed by August 12, 2022, and the SEC intends to file a motion for summary judgment against all Defendants absent a continuance of the current deadlines or other relief that preserves the SEC's rights to file a motion for summary judgment in the event the settlement agreement in principle cannot be finalized;

WHEREAS filing a motion for summary judgment to preserve the SEC's rights at the same time that a settlement in principle proceeds through the Commission review process would be inefficient and counterproductive to finalizing the settlement; and

WHEREAS, the Parties jointly request a continuance of the remaining deadlines in this case for sixty (60) days in light of the settlement in principle reached at the Mediation with the Settling Defendants to allow counsel for the SEC the time necessary to document and obtain approval of the settlement by the full Commission.[2]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that:

[1]  All remaining deadlines in the Court's minute order [Dkt. No. 138] are hereby continued for sixty (60) days, pending further order of the Court.

**IT IS SO STIPULATED**

///
///
///
///

---

[2] Counsel for the SEC believes that 60 days is sufficient time to complete the Commission approval process. The SEC and Defendant Ryan Evans will continue to discuss potential resolution during this period as well.

Dated: August 9, 2022     GARTENBERG GELFAND HAYTON LLP

By: /s/
 Edward Gartenberg
 Milena Dolukhanyan

SCHULTE ROTH & ZABEL LLP
 Howard Schiffman
 Jeffrey F. Robertson

*Attorneys for Defendants Eric J. Dalius, Professional Realty Enterprises, Inc., Realty Share Network LLC, Saivian LLC, and Savings Network App LLC*

Dated: August 9, 2022     DAVIS WRIGHT TREMAINE LLP

By: /s/
 Eric A. Bensky

*Attorneys for Defendant Ryan Morgan Evans*

Dated: August 9, 2022     SECURITIES AND EXCHANGE COMMISSION

By: /s/
 Kenneth W. Donnelly
 David A. Nasse
 Derek S. Bentsen
 Geoffrey Gettinger
 Michael Flanagan

*Attorneys for Plaintiff Securities and Exchange Commission*

## PROOF OF SERVICE

I, Jeffrey F. Robertson declare:

1.  I am a citizen of the United States, over the age of eighteen, and not a party to this action. My place of employment and business address is Schulte Roth & Zabel LLP, 901 Fifteenth Street, NW, Suite 800, Washington, DC 20005.

2.  On this date, I caused to be served all other parties to this action the Joint Stipulation and [Proposed] Order by transmitting that document via electronic mail to the names and e-mail addresses of the persons set forth on the attached service list.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Executed on August 9, 2022, in Washington, DC.

　　　　　　　　　　　　　　　　　　/s/ *Jeffrey F. Robertson*
　　　　　　　　　　　　　　　　　　Jeffrey F. Robertson

# SERVICE LIST

*SEC v. Dalius, et al.*
United States District Court – Central District of California
Case No. 2:18-CV-08497-FWS-E

**Counsel for the Securities and Exchange Commission**

Kenneth W. Donnelly
donnellyk@sec.gov

Derek Bentsen
bentsend@sec.gov

David Nasse
nassed@sec.gov

Geoffrey Gettinger
gettingerg@sec.gov

Andrew Skolnik
skolnika@sec.gov

Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

**Counsel for Ryan Morgan Evans**

Eric A. Bensky
EricBensky@dwt.com

Davis Wright Tremaine LLP
1001 G St NW, Seventh Floor
Washington, D.C. 20001