**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIC J. "EJ" DALIUS, ET AL.,<br><br>                Defendant. | Case No.: 2:18-cv-08497-FWS-E<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING VACATUR OF TRIAL DATE [226]** |

      The court has read and considered the Joint Stipulation Regarding Vacatur of Trial Date [226] (the "Stipulation"), which was jointly submitted by Plaintiff Securities and Exchange Commission ("SEC") and Defendant Ryan Morgan Evans ("Defendant Evans"). Based on the state of the record, including the files and records of the case, the applicable law, and the Stipulation, the court finds there is good cause to grant the Stipulation. Therefore, the court **GRANTS** the Stipulation, **VACATES the June 7, 2023, trial date**, and **STAYS** all further proceedings in this matter as to Defendant Evans until further order of the court while the SEC Commissioners consider the proposed settlement. The parties are **ORDERED** to notify the court within **seventy-two (72) hours** of the SEC Commissioners acting upon the proposed settlement and to file a Joint Status Report Regarding Settlement with the court by no later than **July 17, 2023**, if the SEC Commissioners have not acted on the proposed

settlement by then.  In addition, if the SEC Commissioners have not acted on the proposed settlement by **July 17, 2023**, the parties are **ORDERED** to file additional Joint Status Reports every **thirty (30) days**, with the first additional Joint Status Report due on **August 15, 2023**.  The court further **VACATES** the Pretrial Hearing scheduled on **June 1, 2023, at 1:15 p.m., in Courtroom 10D**.

**IT IS SO ORDERED.**

DATED: <u>June 1, 2023</u>

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE